## Personal Finance Company of Chicago, Appellant, v. Edward Silver, Appellee.

### Gen. No. 43,518.

Heard in the first division, first district, this court at the October term, 1945; opinion filed January 7, 1946; released for publication January 21, 1946. Olson & Hanelin, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.